IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CARL LEDFORD, | : |
| | : Case No. 2:21-cv-390 |
| | : |
| PLAINTIFF, | : CHIEF JUDGE ALGENON L. MARBLEY |
| | : |
| | : Magistrate Judge Chelsey M. Vascura |
| v. | : |
| | : |
| TROOPER J. ADAMS, *et al.*, | : |
| | : |
| DEFENDANTS. | : |

## ORDER

On April 19, 2021, Magistrate Judge Vascura issued a Report and Recommendation recommending that the request to file a civil action in forma pauperis be granted. issued a Report and Recommendation recommending that the petition for a writ of habeas corpus. (ECF No. 3). Magistrate Judge Vascura also recommended that the Court dismiss this action pursuant to 28 U.S.C. § 1915(e)(2). (*Id.*) ). Although the parties were advised of the right to file objections to the Magistrate Judge's Report and Recommendation, and of the consequences of failing to do so, no objections have been filed. The Report and Recommendation is **ADOPTED** and **AFFIRMED**. (*Id.*). This action is hereby **DISMISSED.**

IT IS SO ORDERED.

_____
ALGENON L. MARBLEY
CHIEF UNITED STATES DISTRICT JUDGE

**DATED: June 15, 2021**